FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUN 20 PM 12: 22

CLERK_____
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

THE UNITED STATES OF AMERICA,      )
                                   )
            Plaintiff,             )
                                   )
      v.                           ) 4:18CR122
                                   )
MAURICIO MORA MARTINEZ,            )
                                   )
            Defendant.             )

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

SO ORDERED, this _20TH_ day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA